FLN (Rev. 4/2004) Deficiency Order                                                                                           Page 1 of 1

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JAMES HAMRAC, et al.

      vs                              Case No. 3:09cv390-RV/MD

DOREL INDUSTRIES INC, et al.

**ORDER**

Plaintiffs' **"MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT FILED BY THE DEFENDANT,"** and **"STATEMENT OF MATERIAL FACTS IN OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT" (electronically filed 3/25/2010, docs.24,25)**, were referred to the undersigned with the following deficiencies:

    The documents do not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

    The document titled **"MEMORANDUM OF LAW IN OPPOSITION..."** is not double-spaced as required by N.D. Fla. Loc. R. 5.1.(B)(3).

For these reasons, IT IS ORDERED that:

    The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document.

DONE and ORDERED this 29th day of March, 2010.

                                          /s *Roger Vinson*
                                          ROGER VINSON
                                          SENIOR UNITED STATES DISTRICT JUDGE